[No. 33829-3-I.   Division One.   March 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANNE
HARMON, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-1-00387-7, Thomas J. Wynne, J.,
entered November 16, 1993. *Dismissed* by unpublished per
curiam opinion.

[No. 34505-2-I.   Division One.   March 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LEOSHUS
MARQUE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-8-07784-1, J. Kathleen Learned, J., entered
April 26, 1994. *Dismissed* by unpublished per curiam
opinion.

[No. 34757-8-I.   Division One.   March 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
THOMAS DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-06570-8, Deborah Fleck, J., entered May
31, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 34790-0-I.   Division One.   March 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
DANIEL KNEZEVICH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-06119-2, Faith Enyeart Ireland, J.,
entered May 31, 1994. *Affirmed* by unpublished per curiam
opinion.